```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT
```

Stephen Bain,                          :
    Plaintiff,                     :
                                   :
    v.                             : File No. 2:06 CV 217
                                   :
Dr. Paul Cotton, et al.,               :
    Defendants.                    :

### ORDER

The Report and Recommendation of the United States Magistrate Judge was filed July 13, 2007.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The plaintiff's motion for default judgment (Paper 5) and Cotton's motion to dismiss (Paper 19) are DENIED.  The motion submitted by defendants Matrix Health Systems, P.C. and Otter Creek Associates, Inc. to amend their answer (Paper 10) is GRANTED.

Dated at Burlington, in the District of Vermont, this 31st day of July, 2007.

                                            <u>/s/ William K. Sessions III</u>
                                            William K. Sessions III
                                            Chief Judge