UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Stephen Bain, :
    Plaintiff, :
     :
    v. : File No. 2:06 CV 217
     :
Dr. Paul Cotton, et al., :
    Defendants. :

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed November 6, 2009. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendant Francis's motion to dismiss (Doc. 143) is DENIED.

Dated at Burlington, in the District of Vermont, this 1st day of December, 2009.

                                /s/ William K. Sessions III
                                William K. Sessions III
                                Chief Judge