```
                UNITED STATES DISTRICT COURT
                         FOR THE
                   DISTRICT OF VERMONT
```

Stephen Bain,                         :
    Plaintiff,                    :
                                                :
    v.                            : File No. 2:06 CV 217
                                                :
Dr. Paul Cotton, et al.,              :
    Defendants.                   :

### ORDER

    The Report and Recommendation of the United States Magistrate Judge was filed March 18, 2010. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

    The plaintiff's motion for emergency injunctive relief (Doc. 189)is DENIED. Plaintiff is required to respond to the pending motions for summary judgment within 30 days from the date of this order.

    Dated at Burlington, in the District of Vermont, this 14th day of April, 2010.

                                          /s/ William K. Sessions III
                                          William K. Sessions III
                                          Chief Judge