AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
# District of Vermont

STEPHEN BAIN,

    Plaintiff,

v.

DR. PAUL COTTON, STEVEN GOLD, ROBERT HOFMANN, OTTER CREEK ASSOCIATES, WILLIAM COTE, MIMI FRANCIS and UNKNOWN MENTAL HEALTH PROVIDERS,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:06-cv-217

☐ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 204) filed July 13, 2010, the Magistrate Judge's Report and Recommendation (Document No. 200) is ADOPTED in full. Defendants Mimi Francis' Motion for Summary Judgment (Document No. 180), Paul Cotton's Motion for Summary Judgment (Document No. 181), William Cote's Motion for Summary Judgment (Document No. 182), Mimi Francis and Matrix Psychological Services' Motion for Summary Judgment (Document No. 184) and Steven Gold and Robert Hofmann's Motion for Summary Judgment (Document No. 185) are GRANTED. JUDGMENT is hereby entered for defendants Mimi Francis, Paul Cotton, William Cote, Matrix Psychological Services, Steven Gold and Robert Hofmann, against plaintiff Stephen Bain.

Previously, pursuant to the Court's Order (Document No. 149) filed June 12, 2009, the Magistrate Judge's Report and Recommendation (Document No. 133) was ADOPTED in full. Defendant William Cote's Motion to Dismiss (Document No. 111) was GRANTED as to Fourteenth Amendment claims. Also, Matrix Health Systems, P.C., Paul Cotton, Steven Gold, Robert Hofmann, Otter Creek Associates, and William Cote's Joint Motion to Strike Amended Complaint (Document No. 114) was GRANTED and the Amended Complaint (Document No. 112) was STRICKEN.

Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right.  Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

|  |  |
|---|---|
| Date:  July 13, 2010 | JEFFREY S. EATON<br>Clerk<br><br>*/s/Lisa Wright*<br>(By) Deputy Clerk |

**JUDGMENT ENTERED ON DOCKET**
**DATE:** *July 13, 2010*