<table>
<tr><td></td><td>UNITED STATES DISTRICT COURT<br>OFFICE OF THE CLERK<br>DISTRICT OF VERMONT<br>FEDERAL BUILDING</td><td>X P.O. BOX 945<br>BURLINGTON 05402-0945<br>(802) 951-6301<br><br>☐ P.O. BOX 998<br>BRATTLEBORO 05302-0998<br>(802) 254-0250</td></tr>
<tr><td>JEFFREY S. EATON<br>CLERK</td><td>BURLINGTON, VERMONT 05402-0945</td><td>☐ P.O. BOX 607<br>RUTLAND 05702-0607<br>(802) 773-0245</td></tr>
</table>

Civil Action No. 2:06-CV-217          Date July 13, 2010

Bain vs. Cotton et al

## NOTICE TO LITIGANTS

If you wish to appeal the enclosed judgment or order, you must file a Notice of Appeal within 30 days after entry of the judgment or order appealed from (or 60 days if the United States or an officer or agency of the United States is a party).  Fed.R.App.P. 4(a)(1).  The fee for filing an appeal is $455.00.

If you wish to appeal but are unable to file your Notice of Appeal within 30 days [or 60 days if applicable] after the date of entry shown on line 2 below, then you have an additional 30 days to file a Motion for Extension of Time.  The Motion for Extension of Time **must** be filed within 30 days after the date on line 3 below.  Every Motion for Extension of Time must contain an explanation which demonstrates "good cause" or "excusable neglect" for failure to file the Notice of Appeal within the time limit required. Fed.R.App.P. 4(a)(5).

**PLEASE TAKE NOTICE**

| | |
|---|---|
| 1. Judgment filed | July 13, 2010 |
| 2. Date of Entry of Judgment on the docket of this court | July 13, 2010 |
| 3. Notice of Appeal **MUST** be filed on or before | August 12, 2010 |

                                               */s/Lisa Wright*
                                               Deputy Clerk